UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WARNER BROS. ET AL.,

    Plaintiffs,

vs.

Case No. 06-15000
HON. GEORGE CARAM STEEH

MARY RUFFIN,

    Defendant.

_____/

## ORDER CONSTRUING DOCKET ENTRY # 11 AS ANSWER TO COMPLAINT, DISMISSING AS MOOT MOTION FOR DEFAULT JUDGMENT, AND SETTING DATE FOR SCHEDULING CONFERENCE

This matter was before the court on May 29, 2007 for a hearing on plaintiffs' motion for default judgment. Defendant Mary Ruffin appeared at the hearing and indicated her intention to defend against the suit. The court gave defendant ten days to file an answer to the complaint, and stated if no answer was filed, it would enter a default judgment as requested by plaintiffs.

On June 7, 2007, defendant filed a document with the clerk's office with no caption to indicate it was to be considered an answer to the complaint. In fact, at the bottom of pages one and two, defendant typed "Answer to Motion." However, the text of the document generally describes her defenses to the action, and the court will hereby construe it as defendant's answer to the complaint. Accordingly, plaintiffs' motion for default judgment is DENIED AS MOOT. A scheduling conference, to be

attended by the parties or their counsel in chambers, at which the court will discuss the remaining dates and deadlines in the litigation, is set for July 16, 2007 at 1:30 p.m. The parties will not receive any other notice of this date.

      IT IS SO ORDERED.


Dated: June 19, 2007

                S/George Caram Steeh
                GEORGE CARAM STEEH
                UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
June 19, 2007, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk